Cite as 2026 Ark. App. 312

# ARKANSAS COURT OF APPEALS
DIVISION IV
No. CR-25-766

| | |
|---|---|
| CORBEN RANE HINTON<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | Opinion Delivered: May 20, 2026<br><br>APPEAL FROM THE MILLER COUNTY CIRCUIT COURT [NO. 46CR-23-548]<br><br>HONORABLE L. WREN AUTREY, JUDGE<br><br>AFFIRMED; MOTION TO BE RELIEVED GRANTED |

**RAYMOND R. ABRAMSON, Judge**

Corben Rane Hinton appeals the Miller County Circuit Court's order revoking his probation. Hinton's counsel has filed a motion to withdraw and a no-merit brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Ark. Sup. Ct. R. 4-3(b)(1), stating that no meritorious grounds support an appeal. The clerk of this court mailed a certified copy of counsel's motion and brief to Hinton informing him of his rights to file pro se points for reversal, but Hinton has not filed any such points in this case.

For the reasons discussed in *Hinton v. State*, 2026 Ark. App. 311, ___ S.W.3d ___, also handed down today, we hold that counsel's brief complies with the directives of *Anders* and Rule 4-3(b)(1) and that no issues of arguable merit support an appeal. Accordingly, we affirm the conviction and grant counsel's motion to withdraw.

Affirmed; motion to be relieved granted.

MURPHY and BROWN, JJ., agree.

*Phillip A. McGough, P.A.*, by: *Phillip A. McGough*, for appellant.

One brief only.